[No. 41704-5-I.    Division One.    December 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY LOU RUPNICK, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 97-1-05010-1, Vickie I. Churchill, J., entered October 28, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41717-7-I.    Division One.    December 7, 1998.]

BYRON JOYCE, ET AL., *Appellants*, v. WILLIAM F. BULCHIS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-2-00667-8, Robert C. Bibb, J. Pro Tem., entered May 6, 1997. *Reversed* by unpublished opinion per Coleman, J., concurred in by Agid, A.C.J., and Grosse, J.

[No. 41825-4-I.    Division One.    December 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. G.C.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-04861-5, Charles V. Johnson, J., entered November 24, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41841-6-I.    Division One.    December 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST CASTRO, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03937-8, Marsha J. Pechman, J., entered December 15, 1997. *Affirmed* by unpublished per curiam opinion.